**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-23968-PCH**

**ALEJANDRO GONZALEZ**, individually
and on behalf of all other similarly situated,

    Plaintiff,

v.

**TRANSUNION RISK AND ALTERNATIVE
DATA SOLUTIONS, INC.**,

    Defendant.

_____/

**CLOSED CIVIL CASE**

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 16]. Plaintiff advises the Court that, pursuant to Federal Rule of Civil Procedure 41(a), he wishes to voluntarily dismiss this action with prejudice. Accordingly, having reviewed the record and being otherwise duly advised, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, with each side to bear its own fees and costs. All pending motions are **DENIED AS MOOT**, and the case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, on January 7, 2025.

_____
Paul C. Huck
United States District Judge

cc:    All counsel of record